DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUIS ANTONIO LAFARGA-SALAZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00092 AWI |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | |
| LUIS ANTONIO LAFARGA-SALAZAR, | Date: October 13, 2009 |
| Defendant. | Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for October 5, 2009, **may be continued to October 13, 2009 at 9:00 a.m.**

The request is made to allow counsel for defendant additional time for investigation and preparation prior to the hearing. Additionally, counsel for plaintiff has been unable to formulate a plea offer in the case because a Presentence Investigation Report has not yet been received. The requested continuance will conserve time and resources for all parties and the court

///

///

///

///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                LAWRENCE G. BROWN
                United States Attorney

DATED: October 1, 2009        By  /s/ Susan Phan
                SUSAN PHAN
                Assistant United States Attorney
                Attorney for Plaintiff

                DANIEL J. BRODERICK
                Federal Defender

DATED: October 1, 2009        By  /s/ Melody M. Walcott
                MELODY M. WALCOTT
                Assistant Federal Defender
                Attorney for Defendant
                LUIS ANTONIO LAFARGA-SALAZAR

## ORDER

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   October 2, 2009**        /s/ **Anthony W. Ishii**
                                      CHIEF UNITED STATES DISTRICT JUDGE