1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUIS ANTONIO LAFARGA-SALAZAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00092 AWI |
|---|---|---|
| *Plaintiff,* | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; |
| v. | ) | ORDER |
| LUIS ANTONIO LAFARGA-SALAZAR, | ) | Date: October 26, 2009 |
| *Defendant.* | ) | Time: 9:00 a.m. |
|  | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for October 19, 2009, **may be continued to October 26, 2009 at 9:00 a.m.**

The request is made to allow counsel for defendant additional time for further defense preparation and finalize plea negotiations. Assistant United States Attorney Susan Phan is in agreement with this request. The requested continuance will conserve time and resources for all parties and the court

///
///
///
///
///

1  The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2  that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3  in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5                                          LAWRENCE G. BROWN
                                        United States Attorney

7  DATED: October 15, 2009           By  /s/ Susan Phan
                                        SUSAN PHAN
8                                          Assistant United States Attorney
                                        Attorney for Plaintiff

10                                          DANIEL J. BRODERICK
                                        Federal Defender

12  DATED: October 15, 2009           By  /s/ Melody M. Walcott
                                        MELODY M. WALCOTT
13                                         Assistant Federal Defender
                                        Attorney for Defendant
14                                         LUIS ANTONIO LAFARGA-SALAZAR

16  **ORDER**

17  **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

19  IT IS SO ORDERED.

20  **Dated:   October 15, 2009**          /s/ **Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE