IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANTONIO LAFARGA-SALAZAR, )<br>　　　　　　　Petitioner, )<br>　　v.　　　　　　　　　　　　　　 )<br>UNITED STATES OF AMERICA, )<br>　　　　　　　Respondent. )<br>_____ ) | 1:11-CV-639  AWI<br><br>(Crim. No. 1:09-cr-0092 AWI)<br><br>ORDER CLOSING CASE<br><br>(Doc. No. 20) |

　　　　Petitioner Luis Lafarga-Salazar ("Petitioner") seeks relief under 28 U.S.C. § 2255. Pursuant to a plea bargain, Petitioner pled guilty to a violation of 8 U.S.C. § 1326. See Crim. Doc. Nos. 16, 17. On November 13, 2009, the judgment and commitment was entered on the docket. See Crim. Doc. No. 18. Petitioner did not file an appeal. On April 12, 2011, Petitioner filed this 28 U.S.C. § 2255 petition. See Crim. Doc. No. 20.

　　　　On March 1, 2012, the Court issued an order for the Petitioner to show cause. See Doc. No. 21. Specifically, the Court gave Petitioner the opportunity to explain why his petition was not barred by the statute of limitations of 28 U.S.C. § 2255(f). See id. The Court gave Petitioner 28 days to show cause. See id. Of particular note, the Court warned Petitioner: "If Petitioner does not respond to this order to show cause, then the Court will deem his request for relief abandoned, and will order his motion dismissed and direct the Clerk of the Court to close this case." Id. Petitioner has not filed a response.[1]

---

[1] The order to show cause was returned to the Court by the post office as undeliverable and unable to forward. Pro per parties have an ongoing duty to keep the Court informed of current and valid mailing addresses. See Local Rules 182, 183. Absent a notice of address change, service of documents on the address on file constitutes effective service. See Local Rule 182(f).

In accordance with the warning in the show cause order, because Petitioner has not shown cause or responded in any way, the Court will dismiss this case as untimely, see 28 U.S.C. § 2255(f), and as abandoned.  See Doc. No. 21.

Accordingly, IT IS HEREBY ORDERED that Petitioner's 28 U.S.C. § 2255 petition is DISMISSED and the Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:     April 3, 2012                                              _____
                                                                    CHIEF UNITED STATES DISTRICT JUDGE